UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

JUAN COSTILLA, )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 4:13-CV-7F
)
GEORGE PENDER, TEAGUE, )
CAMPBELL, DENNIS & GORHAM, LLP, )
        Defendants. )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the complaint in this action does not contain any allegations suggesting that Plantiff is in imminent danger of serious physical injury. Accordingly, pursuant to 28 U.S.C. § 1915(g), this action hereby is DISMISSED.

**This Judgment Filed and Entered on January 16, 2013, and Copies To:**

Juan Costilla (via regular mail to #0959190, Hyde Correctional Institution, P.O. Box 278, Swan Quarter, NC 27885)

DATE                                                   JULIE A. RICHARDS, CLERK
January 16, 2013                             /s/ Susan K. Edwards
                                                           (By) Susan K. Edwards, Deputy Clerk